UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Gregory A. Maselli,                           CASE NO. **3:13-cv-05285-MMC**
          Plaintiff,

v.
                                STIPULATION AND [PROPOSED]
                                ORDER SELECTING ADR PROCESS
US Bank Association and
Equifax Information Services, LLC,

          Defendants.
_____/

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    **Court Processes:**
        ☐    Non-binding Arbitration (ADR L.R. 4)
        ☐    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
        X    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**

        ☐    Private ADR (*please identify process and provider*)
        _____

_____

The parties agree to hold the ADR session by:

      90 *days from the date of the order referring the case to an ADR process.*

      _____


Dated: January 29, 2014                                  */s/ Mark F. Anderson*
                                                          Attorney for Plaintiff

See attached page 3 for additional counsel.
CONTINUE TO FOLLOWING PAGE

[PROPOSED] ORDER

      ☒      The parties' stipulation is adopted and IT IS SO ORDERED.

      ☐      The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated:   February 3, 2014

_____
UNITED STATES JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11

Page 3 to Stipulation to ADR in *Gregory A. Maselli v US Bank National Ass'n and Equifax Information Services, LLC,* No. 3:13-cv-05285 MMC

January 30, 2014

/s/ *Thomas P. Quinn*, SBN 132268
NOKES & QUINN
410 Broadway, Ste 200
Laguna Beach, CA 92651
Ph: 949.376.3500
Fax: 949.376.3070
Email:  tquinn@nokesquinn.com


Ian Smith
King & Spalding LLP
1180 Peachtree St, N.E.
Atlanta, GA 30309-3521
Ph: 404.215.5908
Fax: 404.572.5172
Email: ISmith@kslaw.com				Attorneys for Equifax Information Services LLC

Date: January 30, 2014

/s/ *Regina J. McClendon* (SBN 184669)
Regina J. McClendon
Salley W. Mimms (SBN 276093)
LOCKE LORD LLP
44 Montgomery St, Suite 4100
San Francisco, CA 94104
Ph: 415.318.8810
Fax: 415.676.5816
rmcclendon@lockelord.com
smimms@lockelord.com				Attorneys for U.S. Bank, N.A.