THOMAS P. QUINN (State Bar No. 132268)
NOKES & QUINN
410 Broadway, Suite 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax:  (949) 376-3070
Email:  tquinn@nokesquinn.com

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| Gregory A. Maselli, | ) Case No.: 3:13-CV-05285-MMC |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER RESETTING CASE MANAGEMENT CONFERENCE FOR FEBRUARY 21, 2014** |
| US Bank National Association and Equifax Information Services LLC, | ) |
| Defendants. | ) |

The undersigned, counsel for all parties to this action, hereby stipulate and agree that the February 14, 2014 Case Management Conference ("CMC") previously set in this case be reset for February 21, 2014, at a time to be determined by the Court.

In support of this request, the parties state as follows:

1. The instant action was brought under the Fair Credit Reporting Act, 15 U.S.C. 1681 *et seq*. and involves Equifax Information Services LLC's ("Equifax") alleged inaccurate reporting of information contained in Plaintiff's consumer credit file.

2. On January 9, 2014, Equifax and Plaintiff agreed to the terms of a settlement.

3. A single condition remains to be satisfied before Equifax and Plaintiff can execute their agreement.  This condition concerns Equifax revising Plaintiff's credit file.

**STIPULATION AND ORDER RESETTING
CASE MANAGEMENT CONFERENCE FOR FEBRUARY 21, 2014**
Page 1 of 4

4. Due to severe winter weather conditions in Atlanta, Georgia, where Equifax and its national counsel are located, Equifax's offices were closed on February 12, 2014 and will likely be closed again on February 13, 2014. As a result, necessary revisions to Plaintiff's consumer credit file cannot be made until the current date of the CMC.

5. Resetting the case management conference for one-week would allow the parties the necessary time to conclude their agreement and file a notice of settlement or other appropriate pleading, obviating the necessity of the CMC and conserving the resources of the Court and the parties.

6. Accordingly, the parties request that the Case Management Conference scheduled in this case be reset for February 21, 2014, at a time to be determined by the Court.

Respectfully submitted, this 12th day of February, 2014.

NOKES & QUINN

/s_____
THOMAS P. QUINN
Counsel for Equifax Information Services LLC

**STIPULATION:**

*s/ Mark F. Anderson*
Mark F. Anderson
Anderson, Ogilvie & Brewer
235 Montgomery Street Suite 914
San Francisco, CA 94104
mark@aoblawyers.com

**PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:**

The Case Management Conference previously set in this matter for February 14, 2014 is reset for February 21, 2014 at 10:30 a.m.

Date: February 13, 2014

_____
Maxine M. Chesney
United States District Court Judge

**STIPULATION AND ORDER RESETTING
CASE MANAGEMENT CONFERENCE FOR FEBRUARY 21, 2014**
Page 2 of 4