Mark F. Anderson (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
235 Montgomery Street, Suite 914
San Francisco, California 94104
Telephone: (415) 651-1951
Fax: (415) 500-8300
Email: mark@aoblawyers.com

Attorneys for Plaintiff Gregory A. Maselli

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A. MASELLI,<br><br>        Plaintiff,<br><br>    v.<br><br>US BANK ASSOCIATION and<br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>        Defendants. | Case No. 3:13-cv-05285 MMC<br><br>STIPULATION FOR DISMISSAL OF DEFENDANT US BANK ASSOCATION and (proposed) ORDER |

IT IS HEREBY STIPULATED by and between counsel for plaintiff Gregory A. Maselli and counsel for defendant US Bank Association that US Bank Association may be dismissed with prejudice from this action with each side to bear their own costs and fees.

Date: February 4, 2014            /s/ *Mark F. Anderson*
                                   Mark F. Anderson, SBN 44787
                                   Anderson, Ogilvie & Brewer LLP
                                   235 Montgomery Street
                                   San Francisco, CA 94104
                                   Ste 914
                                   Phone: 415.651.1951
                                   Fax: 415.500.8300
                                   mark@aoblawyers.com

                                   Counsel for Plaintiff Gregory A. Maselli

**STIP & ORDER FOR DISMISSAL OF US BANK ASSOCATION, NO. 3:13-CV-05285 MMC**

| | | |
|---|---|---|
| 1 | Dated: February 4, 2014 | */s/ Regina J. McClendon* |
| 2 | | Regina J. McClendon (SBN 184669) |
| | | Sally W. Mimms (SBN 276093) |
| 3 | | LOCKE LORD LLP |
| | | 44 Montgomery Street, Suite 4100 |
| 4 | | San Francisco, CA 94104 |
| | | Phone: 415.318.8810 |
| 5 | | Fax: 415.676.5816 |

rmcclendong@lockelord.com
smimms@lockelord.com

Counsel for Defendant US Bank Ass'n

## ORDER

Pursuant to the parties' stipulation and for good cause shown, defendant US Bank Association is hereby dismissed from this action with each side to bear its own costs and fees.

Dated: February  13 , 2014.

_____
Judge of the U.S. District Court

**STIP & ORDER FOR DISMISSAL OF US BANK ASSOCATION, NO. 3:13-CV-05285 MMC**