**CIVIL PRETRIAL MINUTES**

**Judge MAXINE M. CHESNEY**

Date: **February 19, 2014**

**C - 13  - 5285 - MMC**

| _Gregory Maselli_ | v | _Equifax_ |

Attorneys:   Mark Anderson          Thomas Quinn

Deputy Clerk: **Tracy Lucero**          Reporter: **Not Reported**


**PROCEEDINGS:**                    **RULING:**

1.   Plaintiff's motion to dismiss                     Granted

2.   _____              _____


         Telephonic
     (X) Status Conference      ( ) P/T Conference      ( ) Case Management Conference


**ORDERED DURING HEARING:**

Parties reported that case has settled.  Initial Case Management Conference set for February 21, 2014 is hereby vacated. Court directed clerk to close the file.


(5 minutes)